UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DESHAWN LYDELL DAVIS,<br><br>        Plaintiff,<br><br>    v.<br><br>LOS ANGELES COUNTY STATE PRISON, et al.,<br><br>        Defendants. | Case No. CV 17-3596 DDP (AJW)<br><br>J U D G M E N T |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: September 12, 2017

_____
Dean D. Pregerson
United States District Judge